1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
9                      AT TACOMA

10   MARK R. DRANGSTVEIT,                  Case No.  3:09-cv-5288-RBL-KLS

11         Plaintiff,

12         vs.                             JUDGMENT AND ORDER
                                           OF REMAND
13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

14
           Defendant.
15

16         Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

17   case be REVERSED and REMANDED for further administrative proceedings pursuant to

     sentence four of 42 U.S.C. § 405(g).  On remand, the ALJ shall hold a de novo hearing.  The
18
     ALJ shall also re-assess all of the medical evidence of record—including but not limited to the
19
     statements of Joel Estrada, M.D.; Ling Lee, M.D.; David M. Brown, M.D.; and Julie A. Benson,
20
     A.R.N.P.—and explain the weight given to such evidence.  As appropriate, the ALJ may request
21
     medical sources to provide additional evidence and/or further clarification of their opinions
22
     about what Plaintiff can still do despite his impairments.  The ALJ shall also re-assess Plaintiff's
23

credibility and residual functional capacity. If warranted by the expanded record, the ALJ shall also obtain vocational expert testimony.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 26th day of October, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 23rd day of October, 2009.

  s/ Karen L. Strombom_____
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Mathew W. Pile_____
MATHEW W. PILE    WSB #32245
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone:  (206) 615-3760
Fax:     (206) 615-2531
mathew.w.pile@ssa.gov

Of Attorneys for Defendant