1          United States District Judge RONALD B. LEIGHTON

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                   AT TACOMA

10   MARK R. DRANGSTVEIT,                    )
                                             )  Case No. 3:09-cv-5288-RBL-KLS
11                    Plaintiff,             )
                                             )  ORDER FOR ATTORNEY'S FEES
12   vs.                                     )  PURSUANT TO 42 U.S.C. § 406(b)
                                             )
13   MICHAEL ASTRUE,                         )
     Commissioner of Social Security,        )
14                                           )
                                             )
15                                           )

16

17          THIS MATTER having come on regularly before the undersigned upon Plaintiff's

18   Motion For Attorneys Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the

19   contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order,

20   now therefore, it is hereby

21          ORDERED that Plaintiff's attorney Elie   Halpern is awarded attorney's fees of

22   $13,380.00 pursuant to 42 U.S.C. § 406(b). When issuing the 42 U.S.C. § 406(b) check for

23   //

24   //

25

[PROPOSED] ORDER FOR ATTORNEY'S FEES PURSUANT TO          Halpern & Oliver, PLLC
42 U.S.C. § 406(b) [Case No: 3:09-cv-5288-RBL-KLS] – Page 1   1800 Cooper Pt. Road SW, Bldg. 19
                                                             Olympia, WA 98502
                                                             (360) 753-8055

1   payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney

2   the net balance of $13,380.00, minus any applicable processing fees as allowed by statute.

3

4          DATED this 9th day of November, 2010.

5

6          _____

7          RONALD B. LEIGHTON
           UNITED STATES DISTRICT JUDGE

8   Presented by:

9

10  S/ELIE HALPERN_____
    ELIE HALPERN, WSBA #1519
11  Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER FOR ATTORNEY'S FEES PURSUANT TO          Halpern & Oliver, PLLC
42 U.S.C. § 406(b) [Case No: 3:09-cv-5288-RBL-KLS] – Page 2    1800 Cooper Pt. Road SW, Bldg. 19
                                                              Olympia, WA 98502
                                                              (360) 753-8055